No. 612. ATLANTIC LUMBER COMPANY ET AL., PETITIONERS, *v.* L. BUCKI & SON LUMBER CO. ET AL. March 14, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Richard H. Liggett* for petitioners. *Mr. H. Bisbee, Mr. James E. Padgett* and *Mr. George C. Bedell* for respondents.

No. 605. WESTERN UNION TELEGRAPH COMPANY, PETITIONER, *v.* PENNSYLVANIA RAILROAD COMPANY ET AL. March 21, 1904. Petition for writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *Mr. H. D. Estabrook, Mr. Rush Taggart* and *Mr. John F. Dillon* for petitioner. *Mr. John G. Johnson* for respondents.

No. 595. RIVERDALE COTTON MILLS, PETITIONER, *v.* ALABAMA AND GEORGIA MANUFACTURING COMPANY ET AL. March 21, 1904. Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Thomas H. Watts, Mr. Louis D. Brandeis* and *Mr. Wm. H. Dunbar* for petitioner. *Mr. John T. Morgan* and *Mr. Marion Erwin* for respondents.

No. 621. D. N. HOLDEN ET AL., PETITIONERS, *v.* J. A. STRATTON, TRUSTEE. March 21, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Wm. E. Humphrey* and *Mr. P. P. Carroll* for petitioners. *Mr. Frederick Bausman* for respondent.